UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE PHILLIP PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00108-MTS |
| | ) | |
| ST. LOUIS UNIVERSITY HOSPITAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Jamie Phillip Perry instituted this civil case on November 12, 2024 by filing a Complaint in the United States District Court for the Western District of Michigan. There is no indication that he paid the filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. In an order dated November 25, 2024, the Michigan Court noted that Plaintiff had not used the proper form and had not identified a defendant, and directed him to file an amended complaint on the proper form. *See* Doc. [3].

On January 10, 2025, Plaintiff filed an unsigned Amended Complaint of his own creation against St. Louis University Hospital, Rex Sinquefield, and unknown parties named as Board of Directors, St. Louis University Hospital. *See* Doc. [9]. On that same date—January 10, 2025—the Michigan Court entered an order giving Plaintiff until January 31, 2025 to correct the omission of his signature or his Amended Complaint would be stricken. *See* Doc. [10]. However, on January 28, 2025, the Michigan Court entered an order transferring the case to this Court on the basis of venue, noting that the Amended Complaint named defendants who were located within this judicial district. *See* Doc. [11]. There is no indication that Plaintiff attempted to comply with the Michigan Court's January 10, 2025 Order.

In sum, the case now before this Court is one in which the operative pleading is unsigned, and Plaintiff has not paid the $405 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. The Court will direct the Clerk to return the Amended Complaint to Plaintiff, and will give Plaintiff 30 days to correct the omission of his signature. *See* Fed. R. Civ. P. 11(a). If Plaintiff fails to timely comply, the Court will strike the Amended Complaint, resulting in the dismissal of this action. In addition, the Court will direct Plaintiff to either pay the $405 filing fee, or file a fully-completed Application to Proceed in District Court Without Prepaying Fees or Costs on the proper form, which will be provided to him. If Plaintiff fails to timely comply, the Court will dismiss this case pursuant to Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the Amended Complaint to Plaintiff. Doc. [9].

**IT IS FURTHER ORDERED** that the Clerk shall mail to Plaintiff a copy of the Court's Application to Proceed in District Court Without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that, no later than **Monday, March 03, 2025**, Plaintiff shall sign the Amended Complaint and return it to the Court. If Plaintiff fails to timely comply, the Court will strike the Amended Complaint, resulting in the dismissal of this action.

**IT IS FURTHER ORDERED** that, no later than **Monday, March 03, 2025**, Plaintiff shall either pay the $405 filing fee or file a fully completed Application to Proceed in District Court Without Prepaying Fees or Costs on the proper form. If Plaintiff fails to timely comply, the Court will dismiss this case pursuant to Fed. R. Civ. P. 41(b).

Dated this 31st day of January 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE